# EXHIBIT A-3

# Note Modification

878
6700039-L
DAV

## CHANGE IN TERMS AGREEMENT

**Borrower:** Meecham Hospitality, LLC
3400 Parkwood BLVD.
Frisco, TX 75034

**Lender:** City Bank Texas
2615 W Pioneer Parkway Suite 101
Grand Prairie, TX 75051

**Principal Amount:** $11,799,403.28      **Date of Agreement:** November 5, 2010

**Description of existing indebtedness.** Promissory Note No. 6700039, dated July 2, 2008 in the original amount of $12,000,000.00, executed by, Jagmohan Dhillon, Manager of Meecham Hospitality, LLC, to City Bank, 2615 W Pioneer Parkway Suite 101, Grand Prairie, TX 75051.

**Description of collateral:** Deed of Trust, Security Agreement, Assignment of Leases and Rentals and Financing Statement dated July 2, 2008 recorded in Document #D208263218 of the Official Public Records of Tarrant County, Texas.

**Description of change of terms:** Interest shall accrue at a rate of 3.25% per annum. The unpaid principal and interest shall be payable in 35 monthly installments of $57,778.29 each to be applied first to accrued interest and then to principal and a 36th and final monthly installment of all remaining unpaid principal and interest. The first installment is due on or before December 2, 2010 and the remaining installments are due on or before the same day of each month thereafter, with the final installment of all unpaid principal and interest being due on or before November 2, 2013.

All other terms of this note shall remain the same.

**Continuing Validity:** Except as expressly changed by this Agreement, the terms of the original obligation or obligations, including all agreements evidenced or securing the obligation(s), remain unchanged and in full force and effect. Consent by Lender to this Agreement does not waive Lender's right to strict performance of the obligation(s) as changed, nor obligate Lender to make any future change in terms. Nothing in this Agreement will constitute a satisfaction of the obligation(s). It is the intention of Lender to retain as liable parties all makers and endorsers of the original obligation(s), including accommodation parties, unless Lender expressly releases a party in writing. Any maker or endorser, including accommodation makers, will not be released by virtue of this Agreement.

If any person who signed the original obligation does not sign this Agreement below, then all persons signing below acknowledge that this Agreement is given conditionally, based on the representation to Lender that the non-signing party consents to the changes and provisions of this Agreement or otherwise will not be released by it. This waiver applies not only to any initial extension, modification or release, but also to all such subsequent actions.

PRIOR TO SIGNING THIS AGREEMENT, BORROWER READ AND UNDERSTOOD ALL THE PROVISIONS OF THIS AGREEMENT. BORROWER AGREES TO THE TERMS OF THE AGREEMENT AND ACKNOWLEDGES RECEIPT OF A COMPLETED COPY OF THE AGREEMENT.

Borrower:
Meecham Hospitality, LLC

By: _____
    Jagmohan Dhillon, Manager


Lender:

CITY BANK TEXAS

By: _____
    Don Vo, Loan Officer

2



**CREDIT  LOAN COUPON**
CBL 5012

CUST. NAME: MEECHAM HOSPITALITY LLC
DESCRIPTION: Interest till 11/5/10

DATE: 11-05-10

CREDIT
20 REGULAR PAYMENT
27 PAYOFF
29 LUMP SUM PAYMENT

PREPARED BY: Lixing

LOAN NUMBER: 6700039     T/C: 24     $ 4759093

7815

⑇5569⑇0000⑇  6700039⑇  24

**DDA DEBIT**

City Bank

Date: 11-5-10

Comments:

Loan payment - Loan # 6700039 - MEECHAM HOSPITALITY LLC

67200315

Prepared By: Minh Dang
MEECHAM HOSPITALITY LLC

Signature: J.S. Meecham

4759093

7922

⑇11301737⑇  67200315⑇ 19