**ARTHUR I. UNGERMAN**
**JOYCE W. LINDAUER**
**Attorneys at Law**
**8140 Walnut Hill Lane**
**Suite 301**
**Dallas, Texas 75231**
**(972) 239-9055 Telephone**
**(972) 239-9886 Facsimile**
**Attorneys for Debtor**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MEECHAM HOSPITALITY, LLC,** | § | **CASE NO:  12-40594-RFN-11** |
| | § | |
| Debtor | § | **CHAPTER 11** |

## RESPONSE TO MOTION TO LIFT THE AUTOMATIC STAY

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW Meecham Hospitality, LLC, Debtor in the above styled and numbered

bankruptcy proceeding and files this its response to City Bank, Texas's (the "Movant") Motion

to Lift the Automatic Stay (the "Motion") and would respectfully show the Court as follows:

## SPECIFIC ADMISSIONS

1.    Debtor admits the allegations contained in paragraph 1 of the Motion.

2.    Debtor cannot admit or deny the allegations contained in paragraph 2 of the
      Motion, as the documents speak for themselves.

3.    Debtor admits the allegations contained in the first sentence of paragraph 3 of the
      Motion.  Debtor cannot admit or deny the allegations contained in the second
      sentence of paragraph 3 of the Motion, as the documents speak for themselves.

4.    Debtor admits the allegations contained in paragraph 4 of the Motion.

5.    Debtor admits the allegations contained in paragraph 5 of the Motion.

6.     Debtor admits the allegations contained in paragraph 6(a) of the Motion.

7.     Debtor admits the allegations contained in paragraph 6(b) of the Motion.

8.     Debtor cannot admit or deny the allegations contained in paragraph 6(c) of the Motion, as the documents speak for themselves.

9.     Debtor cannot admit or deny the allegations contained in paragraph 6(d) of the Motion, as it does not know if the value will increase or decrease.

10.    Debtor denies the allegations contained in paragraph 6(e) of the Motion, as the Debtor is contributing an additional $600,000.00 by waiving the management fee.

11.    Debtor admits the allegations contained in paragraph 7 of the Motion.

12.    Debtor denies the allegations contained in paragraph 8 of the Motion.

13.    Debtor denies the allegations contained in paragraph 9 of the Motion.

14.    Debtor denies the allegations contained in paragraph 10 of the Motion.

15.    Debtor denies the allegations contained in paragraph 11 of the Motion.

16.    Debtor denies the allegations contained in paragraph 12 of the Motion.

## STATEMENT OF ADEQUATE PROTECTION

17.    The Property is necessary for reorganization.

18.    Debtor has made adequate protection payments monthly in the amount of $35,000.00 plus monthly escrow for taxes in the amount of $13,000.00 since the filing of the Chapter 11.

19.    Debtor has filed a Plan of Reorganization and Disclosure Statement.

20.    The Property is insured, and Debtor will maintain insurance on the Property.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that the Court deny the Motion and relief requested and grant the Debtor such other and further relief to which it may show itself entitled.

Dated: June 13, 2012

Respectfully Submitted,

/s/ Arthur I. Ungerman
Arthur I Ungerman
State Bar No. 20391000
Attorney at Law
8140 Walnut Hill Lane
Suite 301
Dallas, Texas 75231
(972) 239-9055 Telephone
(972) 239-9886 Facsimile
arthur@arthurungerman.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 13, 2012 a true and correct copy of the foregoing document was forwarded via electronic filing to those persons receiving electronic notice or First Class US Mail to the following:

Cox Smith Matthews Incorporated
Mark E. Andrews
1201 Elm Street, Suite 3300
Dallas, TX 75270
mandrews@coxsmith.com
*Attorney for City Bank, Texas*

/s/ Arthur I. Ungerman
Arthur I. Ungerman