Mark E. Andrews
State Bar No. 01253520
Aaron M. Kaufman
State Bar No. 24060067
**COX SMITH MATTHEWS INCORPORATED**
1201 Elm Street, Suite 3300
Dallas, Texas 75270
(214) 698-7800
(214) 698-7899 (Fax)
mandrews@coxsmith.com
akaufman@coxsmith.com

COUNSEL FOR CITY BANK, TEXAS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 12-40594-11 |
| **MEECHAM HOSPITALITY, LLC,** § | |
| § | Chapter 11 |
| § | |
| DEBTOR. § | |

### NOTICE OF WITHDRAWAL OF MOTION TO LIFT THE AUTOMATIC STAY

**TO THE HONORABLE RUSSELL F. NELMS,
UNITED STATES BANKRUPTCY JUDGE:**

City Bank, Texas ("City Bank" or "Movant") files this *Notice of Withdrawal of the Motion to Lift the Automatic Stay,* and would respectfully show the following:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

2. City Bank filed its Motion to Lift the Automatic Stay on May 31, 2012 [Docket No. 95] (the "Motion").

4279116.1

3. On or about September 26, 2012, the Debtor's *Second Amended Plan of Reorganization Dated June 20, 2012* was confirmed by this Court. There is no longer a need to prosecute the Motion.

WHEREFORE, City Bank respectfully requests that the Court withdraw the *Motion to Lift Automatic Stay* as moot.

Dated: October 3, 2012                                                          Respectfully submitted by,


                                            */s/ Mark E. Andrews*
                                            Mark E. Andrews
                                            State Bar No. 01253520
                                            Aaron M. Kaufman
                                            State Bar No. 24060067
                                            **COX SMITH MATTHEWS INCORPORATED**
                                            1201 Elm Street, Suite 3300
                                            Dallas, Texas 75270
                                            Telephone: 214.698.7800
                                            Facsimile: 214.698.7899
                                            E-Mail: mandrews@coxsmith.com
                                            E-Mail: akaufman@coxsmith.com

                                            **COUNSEL TO CITY BANK, TEXAS**


## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 3rd day of October, 2012, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system and upon those additional parties listed on the attached Service List by email and/or First Class United States Mail postage prepaid, unless otherwise noted.


                                            */s/ Mark E. Andrews*
                                              Mark E. Andrews

## SERVICE LIST

**Meecham Hospitality, LLC**
2100 Estes Park Drive
Southlake, TX 76092

**Clayton D. Ketter**
Phillips Murrah P.C.
101 N. Robinson, 13th Floor
Oklahoma City, OK 73102
cdketter@phillipsmurrah.com

**Jeff Carruth**
Weycer, Kaplan, Pulaski & Zuber, P.C.
3030 Matlock Rd., Suite 201
Arlington, Texas 76015
jcarruth@wkpz.com

Office of the U.S. Trustee
1100 Commerce St., Room 976
Dallas, TX  75242-1496
ECF: ustpregion06.da.ecf@usdoj.gov

**Joyce Lindauer**
**Arthur I. Ungerman**
8140 Walnut Hill Lane, Suite 301
Dallas, Texas 75231

## NOTICES OF APPEARANCE

**Eagle Mountain-Saginaw ISD**
c/o Elizabeth Banda Calvo
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
PO Box 13430
Arlington TX 76-94-0430
Email: ebcalvo@pbfcm.com

**Tarrant County**
c/o Laurie Spindler Huffman
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan St., #1600
Dallas, TX  75201
ECF: dallas.bankruptcy@publicans.com

**William A. Frazell**
Assistant Attorney General
Bankruptcy & Collections Division
PO Box 12548
Austin, Texas 78711-2548

**Christopher B. Mosley**
Senior Assistant City Attorney
City of Fort Worth
1000 Throckmorton Street
Fort Worth, Texas 76102

**Nathan W. Shackelford**
Alston & Bird LLP
2828 N. Harwood street, Suite 1800
Dallas, Texas 75201

**Lieb M. Lerner**
Alston & Bird LLP
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071

**Kevin M. Lippman**
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659