654-5

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **Case 12-40594** |
| | § | |
| Meecham Hospitality LLC | § | |
| *dba* Holiday Inn | § | |
| | § | |
| **DEBTOR** | § | **Chapter** 11 |

## WITHDRAWAL OF CLAIM

### TO:  CLERK OF THE COURT

The Texas Workforce Commission hereby withdraws its 2nd Amended Administrative

Expense Proof of Claim and Request for Payment in the amount of $7,739.31, dated

November 13th, 2012, which was filed with the Court on November 13th, 2012, for Texas

Workforce Commission Account No. 563-0.


Respectfully submitted this 6th day of December, 2012,


By:  *Ann Nassour*

Ann Nassour
Account Examiner III
Texas Workforce Commission
Regulatory Integrity Division
ann.nassour@twc.state.tx.us


### ###